THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher L.
 Grate, Appellant.
 
 
 

Appeal from Georgetown County
 Steven H. John, Circuit Court Judge 
Unpublished Opinion No.  2008-UP-556
Submitted October 1, 2008  Filed October
 9, 2008
APPEAL DISMISSED

 
 
 
 Eleanor Duffy Cleary, Appellate Defender, South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott,
 of the Office of the Attorney General, all of Columbia; and Solicitor J.
 Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Grate was convicted of assault and
 battery with intent to kill and possession of a weapon during the commission of
 a violent crime.    On
 appeal, Grates counsel argues the court
 erred by allowing the victim to testify about one of Grates prior bad acts.  Grate also filed a pro se brief. After a thorough review of the record, counsels brief, and
 Grates pro se brief pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.